JACOB WEEKS CORNWELL, Appellant, *v.* WILLIAM A. PARKE et al., Respondents.

(Argued October 14, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 24, 1889, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Circuit and modified, and affirmed as modified, an order granting an extra allowance.

*Flamen B. Candler* for appellant.

*Edward M. Shepard* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

MARY J. LYNCH, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued October 14, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 13, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Samuel B. Morris* for appellant.

*I. S. Catlin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.